UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Shawntell Arellano v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-13137-DRH |
| *Jennifer Cuty v. Bayer Corporation et al* | No. 10-cv-10146-DRH |
| *Leslee Delk v. Bayer Corporation et al* | No. 09-cv-10136-DRH |
| *Tina Dunlop v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11066-DRH |
| *Vanessa Ewing v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11640-DRH |
| *Timme Gabbard v. Bayer Corporation et al* | No. 13-cv-10026-DRH |
| *Anna Hale v. Bayer Corporation et al* | No. 10-cv-10087-DRH |
| *Demetrius Jones v. Bayer Corporation et al* | No. 09-cv-10142-DRH |
| *Shirelle McMillan v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12183-DRH |
| *Karianne Middleton v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-13243-DRH |
| *Aisha Randall v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-13000-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on September 25, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

                                      **JUSTINE FLANAGAN,**
                                      **ACTING CLERK OF COURT**

                                      **BY:**  **/s/*Caitlin Fischer***
                                                  **Deputy Clerk**

Date: September 25, 2014

Digitally signed by David R. Herndon
Date: 2014.09.25 23:45:19 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT

2